CONRAD E. HASBROUCK, Respondent, *v.* THE MUNICIPAL TELEGRAPH AND STOCK COMPANY, Appellant.

*Hasbrouck* v. *Municipal Telegraph & Stock Co.*, 148 App. Div. 906, affirmed.
(Argued December 8, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 15, 1912, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover moneys alleged to have been paid by plaintiff to defendant as margins on account of orders for the purchase of stock which, it is claimed, were never executed.

*John A. Delehanty* for appellant.

*John A. Stephens* and *Neile F. Towner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.